IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL PANTOJA,** | Case No. 2:20-cv-00809-TLN-DB |
| Plaintiff, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

    Good cause appearing, the Court GRANTS the parties' stipulation to stay discovery pending resolution of Defendants' motion to dismiss (ECF No. 12) and motion for summary judgment (ECF No. 13).  The Court further stays the parties' obligation to provide initial disclosures under Rule 26(a)(1), and stays the parties' obligation to create a joint discovery plan under Rule 26(f).  If necessary, the Court will lift the stay on discovery, order the parties to provide initial disclosures, and order the parties to create a joint discovery plan following the resolution of Defendants' dispositive motions.

    IT IS SO ORDERED.

Dated: July 31, 2020

Troy L. Nunley
United States District Judge